## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**HARVEY BARKER**,  Case 2:14-cv-02611

    Plaintiff,

vs.  **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

**REYNOLDS LAW OFFICE, P.A.**,

    Defendant.

    **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed without prejudice.

Respectfully submitted,

By: /s/J. Mark Meinhardt
J. Mark Meinhardt #20245
1 E. Washington St. Ste. 500
Phoenix, AZ 85004
Telephone:     (913) 827-1950
Email:          meinhardtlaw@gmail.com
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of December, 2014, a true and correct copy of the foregoing was mailed, first class postage prepaid to:

Reynolds Law Office PA
c/o John A. Reynolds,
301 N. 9th Street
Salina, Kansas 67401


\_\_\_s/ J. Mark Meinhardt_____